# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0422
LT Case No. 2018-CA-975

_____

MICHAEL JOHNSON,

    Appellant,

    v.

BILLY WOODS, SHERIFF of the
MARION COUNTY JAIL,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Gary L. Sanders, Judge.

Jason M. Melton and William J. Sheslow, of Whittel & Melton,
LLC, Spring Hill, for Appellant.

Robert Wayne Evans, of Allen, Norton & Blue, P.A., Tallahassee,
and Maria M. Alfaro, Coral Gables, for Appellee.

July 22, 2025

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and HARRIS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————